**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **PAM CONNER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 07-CV-122-WDS** |
| | ) | |
| **FORD MOTOR COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**O R D E R**

**STIEHL, District Judge:**

This undersigned judge hereby **RECUSES** himself in the above matter, and **TRANS-**

**FERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: February 15, 2007.**

**s/ WILLIAM D. STIEHL**
**DISTRICT JUDGE**


Case reassigned to United States District Judge David R. Herndon.  All future pleadings shall
bear Case No. 07-122-DRH.

Dockets.Justia.com