IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAM CONNER and FRANK MUEGGE,

    Plaintiffs,

v.

FORD MOTOR COMPANY,
JOHNSON CONTROLS, INC.,
and VISTEON CORPORATION,

    Defendants.

------------------------------------------------------

FORD MOTOR COMPANY,

    Defendant/Third-Party Plaintiff,

v.

TIMOTHY J. SWINDELL,

    Third-Party Defendant.                    Case No. 07-cv-122-DRH

## ORDER

**HERNDON, Chief Judge:**

On May 28, 2009, defendants Visteon Corporation ("Visteon") and Johnson Controls, Inc. ("JCI"), filed a Suggestion of Bankruptcy (Doc. 171), notifying the Court that on May 28, 2009, defendant Visteon filed a voluntary petition seeking bankruptcy protection under Chapter 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware, assigned as Case No. 09-

11786.[1]

Accordingly, pursuant to the automatic stay provision of **11 U.S.C. § 362** of the Bankruptcy Code, this action is hereby **STAYED** until such time that the Court grants a motion for relief from the stay. The Parties are hereby **DIRECTED** to inform the Court once Visteon's bankruptcy proceedings are completed .

**IT IS SO ORDERED.**

Signed this day of 4th day of June, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**

---

[1] The notice also stated that Visteon had previously entered into an agreement with JCI, prior to filing the bankruptcy petition, by which it agreed to defend and indemnify JCI against claims made by Plaintiffs against JCI in the instant suit.