IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAM CONNER,
and FRANK MUEGGE,
Plaintiffs,

v.

FORD MOTOR COMPANY,
Defendant.                                             No. 07 - CV - 00122 DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case-management purposes, in particular to remind defendant Ford Motor Company of its obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate-disclosure statement. Thus, the Court **ORDERS** Defendant to file its disclosure statement within ten days from the date of issuance of this Order.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2011.

David R. Herndon
2011.02.23
11:22:24 -06'00'

**Chief Judge**
**United States District Court**