IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAM CONNER and FRANK MUEGGE,

    Plaintiffs,

v.           No. 07-cv-122-DRH

FORD MOTOR COMPANY,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff Pam Conner's motion to voluntarily dismiss her claim without prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) (Doc. 246). Rule 41(a)(2) allows a court to consider whether it is proper to order a party dismissed, upon the plaintiff's motion. "The determination of whether to grant a motion for voluntary dismissal rests within the sound discretion of the district court." *Tyco Labs., Inc. v. Koppers Co., Inc.*, 627 F.2d 54, 56 (7th Cir. 1980). As defendant informs the Court it does not object to the dismissal of plaintiff Pam Conner's claim, the Court finds said dismissal will not prejudice defendant. Further, plaintiff Frank Muegge's claim remains intact. Accordingly, the Court **GRANTS** the motion and **DISMISSES without prejudice** plaintiff Pam Conner's claim.

    **IT IS SO ORDERED.**

    Signed this 13th day of February, 2012.

David R. Herndon
2012.02.13
14:46:58 -06'00'

Chief Judge
United States District Court

Page **1** of **1**