## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRANK MUEGGE,**

    **Plaintiff,**

**v.**

**FORD MOTOR COMPANY,**

    **Defendant.**　　　　　　　　　　**No. 07-cv-122-DRH-SCW**

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff Frank Muegge's motion to dismiss his claims with prejudice (Doc. 318). The parties have reached a settlement agreement to settle the claims of plaintiff. Settlement releases have been signed and forwarded to defense counsel to settle all claims of plaintiff. Thus, plaintiff's motion is **GRANTED**. Plaintiff's claims are **dismissed with prejudice**.

    **IT IS SO ORDERED.**

    Signed this 1st day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.01
09:34:33 -05'00'

**Chief Judge**
**United States District Court**